No. 349. CHARLOTTE-MECKLENBURG BOARD OF EDUCATION ET AL. *v.* SWANN ET AL. C. A. 4th Cir. Certiorari granted.

OCTOBER 8, 1970

No. 281. SWANN ET AL. *v.* CHARLOTTE-MECKLENBURG BOARD OF EDUCATION ET AL. C. A. 4th Cir. Motion of Charles E. Bennett for leave to file a brief as *amicus curiae* granted. Motion of Mr. Bennett for leave to participate in oral argument as *amicus curiae* denied. [For earlier orders herein, see, *e. g., ante,* p. 802.]

No. ——. PRATT ET AL. *v.* BEGLEY, SECRETARY OF STATE OF KENTUCKY, ET AL. D. C. E. D. Ky. Application for injunction pending appeal presented to MR. JUSTICE STEWART, and by him referred to the Court, denied.

OCTOBER 9, 1970

No. 255. E. B. ELLIOTT ADVERTISING CO. ET. AL. *v.* METROPOLITAN DADE COUNTY. C. A. 5th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.